June 4, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

BECKY BROUSSARD AND JOSEPH BROUSSARD, Appellants

NO. 14-14-00395-CV                    V.

TEXAS FARM BUREAU UNDERWRITERS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Texas Farm Bureau Underwriters, signed February 21, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Becky Broussard and Joseph Broussard, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.